Dustin D. Johnson (SBN: 234008)
The Law Offices of Dustin D. Johnson
2701 Del Paso Road, Suite 130-155
Sacramento, CA  95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Attorney for Richard Elias Estrada

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Richard Elias Estrada,<br><br>    Defendant. | No.  07-307 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADMIT DENY HEARING RE: SUPERVISED RELEASE VIOLATION**<br><br>**Judge: Hon. William B. Shubb**<br>**Time: 9:00 a.m.**<br>**Date: July 11, 2016** |
|---|---|

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Amy Hitchcock, Assistant United States Attorney, and Dustin D. Johnson, Counsel for Richard Estrada, that the Admit-Deny Hearing date of May 23, 2016 be vacated, and the matter be set for the Admit-Deny Hearing on July 11, 2016 at 9:00 a.m. The reason for this continuance is to allow defense counsel, who was appointed on May 17, 2016, to represent Mr. Estrada, additional time to review the case and discuss the case with Mr. Estrada. The reason for the length of the continuance is due to the unavailability of the supervising probation officer, who is unavailable during the month of June.
   The prosecutor has authorized defense counsel to sign this

stipulation on her behalf.

    The probation officer does not object to the continuance.

Dated: May 20, 2016    Respectfully submitted,


    /s/ Dustin D. Johnson
    Dustin D. Johnson
    Counsel for Richard Estrada


Dated: May 20, 2016    PHILLIP TALBERT
    Acting United States Attorney

    /s/ Amy Hitchcock (approved via email)
    Amy Hitchcock
    Assistant U.S. Attorney

1  Dustin D. Johnson (SBN: 234008)
   The Law Offices of Dustin D. Johnson
2  2701 Del Paso Road, Suite 130-155
   Sacramento, CA  95835
3  Phone: (877) 377-8070
   Fax: (916) 244-9889
4

5  Attorney for Richard Elias Estrada

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      | No.  07-307 WBS
12 |          Plaintiff,            | **ORDER TO CONTINUE ADMIT DENY HEARING RE: SUPERVISED RELEASE VIOLATION**
13 |     v.                         |
14 | Richard Elias Estrada,         | **Judge: Hon. William B. Shubb**
                                      **Time: 9:00 a.m.**
15 |          Defendant.            | **Date: July 11, 2016**

16

17     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it

18 is ordered that 1) the Admit-Deny Hearing date of May 23, 2016 be

19 vacated, 2) the matter be set for Admit-Deny Hearing on July 11,

20 2016 at 9:00 a.m.

21 Dated:  May 23, 2016           _____
22                                WILLIAM B. SHUBB
                                  UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28
                                   3